UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>        Defendant - Appellee. | No. 15-55228<br><br>D.C. No. 3:14-cv-01679-JLS-BGS<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R. 42-1. Failure to comply with this order will result in dismissal pursuant to Ninth Cir. R. 42-1.

Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

                                            FOR THE COURT:

                                            Beatriz Smith

bs/mediation                               Deputy Clerk