UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 15-55228 |
| District Court/Agency Case Number(s): | 14-cv-1679 JAH-JLB |
| District Court/Agency Location: | U.S. District Court, Southern District of California |
| Case Name: | Lycurgan, Inc. dba Ares Armor  v.  Todd Jones, as Director of BATF |
| If District Court, docket entry number(s) of order(s) appealed from: | Doc 19, Dec. 17, 2014; Doc 11, Oct. 22, 2014 |
| Name of party/parties submitting this form: | Lycurgan, Inc. |

Please briefly describe the dispute that gave rise to this lawsuit.

BATF raided four of Lycurgan's locations in March of 2014 and conducted a search. In doing so, the BATF seized 5804 unfinished polymer parts known as lower receivers. BATF claimed the parts were illegal firearms and were being held as evidence in an ongoing investigation. Plaintiff denies these claims. BATF recently returned the parts/inventory to Plaintiff after many months of holding them without the right to do so. No criminal indictment has been filed nor any other criminal charges have been brought against Lycurgan. BATF never filed a claim for forfeiture.

Briefly describe the result below and the main issues on appeal.

Defendant's Motion to Dismiss claimed that CAFRA did not give the Court jurisdiction to require Defendant to return the seized property under the Civil Asset Forfeiture Reform Act ("CAFRA") 18 USC § 983. Lycurgan then filed a motion for an order permitting an expedited Rule 34 inspection which would allow it to conduct discovery and present evidence to the Court on the jurisdictional issue. The District Court denied the motion for an expedited Rule 34 inspection. Then, the Court granted the Motion to Dismiss finding that the lower receivers in dispute were being held "as evidence of the illegal manufacture of firearms in an ongoing investigation." Plaintiff provided evidence that the parts were not illegal and that no criminal or civil forfeiture proceeding had been initiated. Further, the time for initiating a forfeiture proceeding had lapsed.

Describe any proceedings remaining below or any related proceedings in other tribunals.

Plaintiff filed a motion for new trial which is currently pending. Related cases include: Lycurgan, v. BATF

| U.S.D.C. (So. Dist. of CA Case # 14-cv-1424 [petition to unseal search warrant which led to the seizure of the 80% unfinished polymer receivers]; Lycurgan v Todd Jones So.Dist of CA #14-cv-0548 [a civil rights action under Bivens based on unreasonable search and seizure] |

| Provide any other thoughts you would like to bring to the attention of the mediator. |

| The BATF has been persecuting the Appellant. Appellant seeks a ruling because the dispute is capable of repetition yet evading review. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | /s Scott A. McMillan |

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | Lycurgan, Inc., Plaintiff-Appellant |

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.