# SERVICE LIST

Attorneys for Plaintiff, Lycurgan, Inc.

Scott A McMillan
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941
(619)464-1500 ext. 14
Fax: (206)600-5095
Email: scott4670@gmail.com

Michelle D. Volk
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941
(619) 464-1500, ext 13
Fax: (206) 600-5095
Email: mvolk4670@gmail.com


Attorney for Defendant Todd Jones, for BATF:

Daniel Everett Butcher
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619)546-6730
Fax: (619)235-2757

Emails: Daniel.Butcher@usdoj.gov, efile.dkt.civ@usdoj.gov, yvette.macias@usdoj.gov