UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement,<br><br>    Defendant - Appellee. | No. 15-55228<br><br>D.C. No. 3:14-cv-01679-JLS-BGS<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Claudia Bernard, Circuit Mediator, at 415-355-7908 or claudia_bernard@ca9.uscourts.gov to discuss services available through the court's mediation program, to request a settlement assessment conference, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the briefing schedule can be modified or vacated to facilitate settlement discussions.

Counsel are requested to send copies of this order to their clients.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

                                                  FOR THE COURT:

                                                  Beatriz Smith
bs/mediation                                       Deputy Clerk