UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LYCURGAN, INC., a California Corporation, DBA Ares Armor, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> TODD JONES, in his official official capacity as Director of the Bureau of Alcohol, Tobacco, and Firearms Enforcement, <br><br> Defendant - Appellee. | No. 15-55228 <br><br> D.C. No. 3:14-cv-01679-JLS-BGS <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |

The judgment of this Court, entered November 18, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk